THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES DAWES, as Co-Chairman of the Board of Trustees of the SOFT DRINK INDUSTRY – LOCAL UNION NO. 710 PENSION FUND, and the SOFT DRINK INDUSTRY – LOCAL UNION NO. 710 PENSION FUND, <br><br>  Plaintiffs, <br>  v. <br><br> MARK SHOUP, <br><br>  Defendant. | Case 10 C 7646 <br> Judge James F. Holderman |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiffs JAMES DAWES, as Co-Chairman of the Board of Trustees of the SOFT DRINK INDUSTRY – LOCAL UNION NO. 710 PENSION FUND, ("Plaintiff Dawes") and the SOFT DRINK INDUSTRY – LOCAL UNION NO. 710 PENSION FUND ("Pension Fund") and move this Honorable Court to enter an order of default judgment on behalf or the Plaintiffs and against Defendant MARK SHOUP ("Shoup").

1. Plaintiffs filed the complaint against Defendant on December 1, 2010. See Docket No. 1.

2. Defendant was personally served with the summons and complaint on December 12, 2010. See Docket Number 5.

3. Defendant's answer was to be filed on January 4, 2011. See Docket

Number 5.

4. Defendant has failed to answer or otherwise defend to the Complaint.

**WHEREFORE**, Plaintiffs request the following relief:

1. That default judgment be entered against Defendant MARK SHOUP and that the Complaint filed herein be taken as confessed.

2. That judgment be entered forthwith against Defendant MARK SHOUP and in favor of Plaintiffs and that within 10 days, Defendant MARK SHOUP be ordered to pay Plaintiffs $4,654.84 as a result of an overpayment to Defendant MARK SHOUP. See Exhibit A, affidavit of James Dawes.

3. For such other and further relief as the Court mad deem just and proper, including reasonable attorney's fees and court cost.

JAMES DAWES, Co-Chairman , ET AL.

/s/Librado Arreola
Librado Arreola,
Attorney for Plaintiffs

ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500
(312) 263-1520 (Fax)
la@ulaw.com